AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Charles E. Huff III; Deborah M. Huff,
              *Plaintiffs*
                v.
Wells Fargo Bank, NA; James H. Skipper, individually; Skipper Properties LLC, a South Carolina domestic for profit corporation; E. Randall Mosteller, individually, a/k/a Elbert A. Mosteller, Randall E. Mosteller, Randy E. Mosteller, and Randy Mostellar; Della Mosteller, individually,
              *Defendants*

Civil Action No.   3:13-2608-MBS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiffs shall take nothing of the defendants and the complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett to dismiss.

Date:   December 19, 2013
                                          *CLERK OF COURT*

                                          s/Angie Snipes
                                    *Signature of Clerk or Deputy Clerk*